IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WILLIE CLARENCE WEST, JR., ) | |
| ) | |
| Petitioner-Appellant, ) | |
| ) | |
| vs. ) | Case No. CV1:16-52 |
| ) | USCA No. 16-17314-J |
| WARDEN, ) | |
| ) | |
| Respondent-Appellee. ) | |
| ) | |

### O R D E R

The motion of appellant for a certificate of appealability having been **DENIED** and the motion of appellant for leave to proceed on appeal *in forma pauperis* having been **DENIED AS MOOT** in the above-styled action by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court. This Court's Order of October 25, 2016, is final in all respects.

SO ORDERED, this ___14th___ day of ___July___ 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA